

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2018

No. 04-17-00321-CR, 04-17-00322-CR
04-17-00323-CR & 04-17-00324-CR

Logan **FIELD,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A16292, A16293, A16294 & A16295
Honorable N. Keith Williams, Judge Presiding

# O R D E R

This court granted court-appointed counsel's first motion for extension of time to file the brief, and Appellant's brief was due on March 26, 2018. On the due date, counsel moved for an extension of time to file Appellant's brief in these four appeals until April 25, 2018.

Appellant's motion is GRANTED. Appellant's brief is due on April 25, 2018. *See* TEX. R. APP. P. 38.6(a),(d). **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.**

Appellant shall file a single brief that includes all four appeal numbers in the style of the case. This court will maintain a separate appellate record for each appeal.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of March, 2018.



KEITH E. HOTTLE,
Clerk of Court